# United States District Court
## EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| United States of America<br>vs.<br>Samuel Joseph Crippen | Case No. 1:07-MJ-00009 |

**FILED**
APR 20 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, ____Samuel Joseph Crippen____, have discussed with _____Dan Stark_____, Pretrial Services Officer, modifications of my release conditions as follows:

Effective April 23, 2007, vacate the condition of release appointing WestCare California, Inc., as the defendant's third party custodian and the condition of release related to his placement in residential substance abuse treatment. All other terms and conditions of release, not in conflict, remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_____   4-17-07          _____   4/19/2007
Signature of Defendant       Date             Pretrial Services Officer        Date

I have reviewed the conditions and concur that this modification is appropriate.

_____                      4-19-07
Signature of Assistant United States Attorney         Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____                      4-19-07
Signature of Defense Counsel                  Date

### ORDER OF THE COURT

[✓] The above modification of conditions of release is ordered, to be effective on ___4-23-07___.
[ ] The above modification of conditions of release is *not* ordered.

_____                      4-20-07
Signature of Judicial Officer                 Date

cc:   U.S. Attorney's Office, Defense Counsel, Pretrial Services